IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARIUS CHRISTOPHER JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>MONICA McCOY, et al., )<br>)<br>   Defendants. ) | )<br>)<br>)<br>)<br>CIVIL ACTION NO.<br>2:20cv759-MHT<br>(WO) |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining that the defendant prison warden knowing placed a prisoner infected with COVID-19 back into plaintiff's dormitory, and that his dormitory's water is contaminated with parasites, lead, and mercury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for plaintiff's failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A), as ordered

by the court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 3rd day of December, 2020.

                                          /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE