IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DARIUS CHRISTOPHER       )
JOHNSON,                  )
                          )
    Plaintiff,            )
                          )    CIVIL ACTION NO.
    v.                    )      2:20cv759-MHT
                          )           (WO)
MONICA McCOY, et al.,     )
                          )
    Defendants.           )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 4) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to pay the initial partial filing fee in accordance with the provisions of 28 U.S.C. 1915(b)(1)(A).

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 3rd day of December, 2020.

                                           /s/ Myron H. Thompson
                                           **UNITED STATES DISTRICT JUDGE**